Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**SMITH, L.**

**549 WDA 2016**

Superior Court of Pennsylvania.

09/12/2017

CP–07–CR–0001415–2014 (Blair)

Affirmed

**PNC BANK**

v.

**D'ELIA, G.**

**1475 WDA 2016**

Superior Court of Pennsylvania.

9/12/2017

Reargument Denied 11/17/2017

GD 15–020177 (Allegheny)

Affirmed

**PNC BANK**

v.

**WITTKOFSKI, J.**

**1477 WDA 2016**

Superior Court of Pennsylvania.

09/12/2017

Reargument Denied 11/17/2017

GD 15–020182 (Allegheny)

Affirmed

**FRY, L.**

v.

**FRY, D.**

**1645 WDA 2016**

Superior Court of Pennsylvania.

09/12/2017

2011–1815–CIVIL (Armstrong)

Affirmed

